46

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. THOMAS HOLIDAY, Defendant.

NO. 7432

### DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on February 1st., 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence should be reduced to six years.

The reason for the above decision is that with no prior felony conviction, defendant was sentenced to serve the term of 10 years. True, it was for first degree burglary, punishable by not less than 1 nor more than 15 years imprisonment, but for a first offender 10 years seems severe in comparison to others in that category. Further, others involved in the same crime have been treated more leniently.

DATED this 15th day of January, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Sixteenth Judicial District. County of Custer.

STATE OF MONTANA, Plaintiff, vs. EDWARD RAYMOND HARVEY, Defendant.

NO. 2171

### DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on March 11th, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of rape punishable by not less than 2 nor more than 99 years imprisonment, yet he received a sentence of but 15 years with a record of one prior felony conviction and will be eligible for parole consideration in October 1970 after being received March 12, 1968.

DATED this 15th day of January, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D .Shanstrom.